No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

LEWIS G. BERNSTEIN, Respondent, v. GEORGE W. BUTTON CORP. et al., Appellants, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

PANAMCO LTD., Appellant, v. J. W. LIBBY & CO., INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

HARRY KATZ, Respondent, v. CHARLES CUTLER et al., Doing Business under the Name of ANDREANA CLASSICS, Appellants.— Order unanimously reversed, with $20 costs and disbursements to the appellants, and the motion denied. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

HARRY KATZ, Respondent, v. CHARLES CUTLER et al., Doing Business under the Name of ANDREANA CLASSICS, Appellants.— Order unanimously affirmed, with $20 costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

HARRY KATZ, Respondent, v. CHARLES CUTLER et al., Doing Business under the Name of ANDREANA CLASSICS, Appellants.— Order, so far as appealed from, unanimously modified by granting the motion to examine plaintiff as to all items other than items "1" and "5", and as so modified affirmed, with $20 costs and disbursements to the appellants. The date for the examination to proceed to be fixed in the order. Settle order on notice. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

EBBEN SCHRAMM, Respondent, v. WALTER READE et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ. [See post, p. 984.]

ELIZABETH A. FRIEDBERG, Respondent, v. MORRIS FRIEDBERG, Appellant.— Judgment unanimously modified by reducing the alimony to be paid by the defendant to plaintiff to $85 per week from the date of the order to be entered herein. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

MOLLIE RUSSIN, Appellant-Respondent, v. SAMUEL H. RUSSIN, Respondent-Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

WILLIAM D. SILER, Respondent, v. CITY OF NEW YORK, Appellant.— Judgment unanimously reversed, with costs to the appellant, and the complaint dismissed upon the ground that plaintiff failed to prove any actionable negligence on the part of the defendant. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

MOLLIE ABATE et al., Appellants, v. CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ. [See post, p. 1032.]

MULTIPLE TRADING CORPORATION, Appellant, v. MEYER ORENSTEIN et al., Respondents, et al., Defendants.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

CHESTER C. DAVIS, Respondent, v. AMERICAN EMPLOYERS' INSURANCE COMPANY, Appellant.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.